**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Filip Technologies, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3600660** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **120 E 23rd Street, 5th Floor** **New York, NY 10010** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http://www.myfilip.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Filip Technologies, Inc.**                                    Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   5414

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Filip Technologies, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Filip Technologies, Inc.**                                          Case number (*if known*) _____
               Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  5, 2016**
                        MM / DD / YYYY

**X /s/ Roy Messing**                                          **Roy Messing**
Signature of authorized representative of debtor              Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

**X /s/ David M. Klauder**                          Date   **October  5, 2016**
Signature of attorney for debtor                                  MM / DD / YYYY

**David M. Klauder**
Printed name

**Bielli & Klauder, LLC**
Firm name

**1204 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-803-4600**        Email address   **dklauder@bk-legal.com**

**5769**
Bar number and State

Debtor    **Filip Technologies, Inc.**
_____    Case number (*if known*) _____
          Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE
_____

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
   amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Evado Filip AS** | | Relationship to you | **Subsidiary** |
| District | **Delaware** | When **10/05/16** | Case number, if known | |
| Debtor | **Evado Filip Limited** | | Relationship to you | **Subsidiary** |
| District | **Delaware** | When **10/05/16** | Case number, if known | |
| Debtor | **Evado Filip US Limited** | | Relationship to you | **Subsidiary** |
| District | **Delaware** | When **10/05/16** | Case number, if known | |
| Debtor | **Filip Technologies UK Limited** | | Relationship to you | **Subsidiary** |
| District | **Delaware** | When **10/05/16** | Case number, if known | |

### JOINT RESOLUTIONS OF THE BOARD OF DIRECTORS OF
### FILIP TECHNOLOGIES, INC., FILIP TECHNOLOGIES UK LIMITED
### EVADO FILIP AS, EVADO FILIP LIMITED, AND EVADO FILIP US, LIMITED

October 5, 2016

**WHEREAS**, the undersigned, representing all of the directors of Filip Technologies, Inc., a Delaware, USA corporation ("Filip US"), Filip Technologies UK Limited, a company organized under the laws of England and Wales ("Filip UK"), Evado Filip AS, a Norway company ("Evado Norway"), Evado Filip Limited, a company organized under the laws of England and Wales ("Evado UK"), and Evado Filip US, Limited, a Delaware, USA corporation ("Evado US"), do hereby adopt the following resolutions by written consent (as used herein, Filip US, Filip UK, Evado Norway, Evado UK and Evado US are also each referred to herein individually as a "Company" and collectively as the "Companies");

**WHEREAS**, the Board of Directors (the "Board") of each of the Companies, having considered the financial and operational conditions and strategic alternatives of the Company, and having reviewed, considered and received the recommendation of senior management to the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company including, without limitation, the possibility of pursuing a competitive sale process and a sale transaction with respect to the Company's business and assets under chapter 11 of the United States Code (the "Bankruptcy Code"), has determined that it is desirable and in the best interests of the Company and its affiliated entities, creditors, shareholders, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

**NOW, THEREFORE, BE IT**

### Chapter 11 Case

**RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

**RESOLVED,** that members of the board of directors of the Company (the "Board"), the Company's officers, and any other person designated and so authorized to act by a director or officer of the Company (each, an "Authorized Person" and, collectively, the "Authorized Persons") hereby are, and each of them is, authorized and empowered to (i) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of the Company's chapter 11 petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications,

pleadings, and other papers or documents in connection with such chapter 11 petition; (ii) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's chapter 11 case; (iii) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (iv) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

## Debtor in Possession Financing

**RESOLVED**, that the Authorized Persons are, and each of them is, authorized and empowered to execute any and all requisite documentation in connection with the entry by the Company into that certain Summary of Proposed Terms and Conditions for Debtor-In-Possession Financing, dated as of October 5, 2016 (as the same may be amended, restated, supplemented, or otherwise modified from time to time in accordance with its terms, the "DIP Financing"), by and among the Companies and AT&T Capital Services, Inc. as lender, and to enter into any guarantees and to pledge and grant liens on the Company's assets as may be contemplated by or required under the terms of the DIP Financing, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements, and related ancillary documents as required pursuant to the terms and conditions of such DIP Financing, subject to Bankruptcy Court approval;

**RESOLVED,** that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the chapter 11 case, the DIP Financing, or any further action to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company;

## 363 Sale Process

**RESOLVED,** that the Authorized Persons are, and each of them hereby is, authorized and directed to take any and all actions necessary and appropriate to pursue and further the marketing and competitive sale process with respect to the Company's assets including, without limitation, negotiating any and all proposed purchase agreements and other ancillary documents in connection therewith, subject to Bankruptcy Court approval;

## Retention of Advisors

**RESOLVED,** that the law firm of Moore & Van Allen, PLLC be and hereby is employed as attorneys for the Company in the Company's chapter 11 case, subject to approval of the Bankruptcy Court;

**RESOLVED**, that the law firm of Bielli & Klauder, LLC, be and hereby is employed as attorneys for the Company in the Company's chapter 11 case, subject to approval by the Bankruptcy Court;

**RESOLVED**, that the firm of Ankura Consulting Group, LLC, be and hereby is employed as financial and restructuring advisor for the Company in the Company's chapter 11 case, subject to approval by the Bankruptcy Court;

**RESOLVED**, that Roy Messing of Ankura Consulting Group, LLC, be and hereby is appointed as Chief Restructuring Officer of the Company and shall serve the Company as chief advisor with respect to the restructuring process attendant to the Company's chapter 11 case, and as otherwise customary for a role of this nature;

**RESOLVED**, that firm of Widebridge Group, be and hereby is appointed as investment banker to the Company in the Company's chapter 11 case, subject to approval by the Bankruptcy Court;

**RESOLVED**, that the firm of Braekhus Dege Advokatfirma DA, be and hereby is appointed as special Norway counsel to the Company in the Company's chapter 11 case, subject to approval by the Bankruptcy Court;

**RESOLVED**, that the Authorized Persons be, and hereby are, authorized and empowered to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, investment bankers, and other professionals, subject to approval by the Bankruptcy Court, and to perform any and all further acts and deeds the Authorized Persons deem necessary, proper, or desirable in furtherance thereof with a view to the successful prosecution of the Company's chapter 11 case;

**RESOLVED,** that the acts, actions and transactions taken by the officers or the Board or any other Authorized Person taken prior to the date of the foregoing resolutions adopted at this meeting and within the authority conferred, are hereby ratified, confirmed, and approved in all respects as the act and deed of the Company.

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the date first above written.

CHAR2\1839499v4

DIRECTORS OF FILIP TECHNOLOGIES, INC.

/s/ Jeff Parkinson
Jeff Parkinson

/s/ Patrick Poon
Patrick Poon

/s/ Jonathan Peachey
Jonathan Peachey


SOLE DIRECTOR OF FILIP TECHNOLOGIES UK LIMITED

/s/ Jonathan Peachey
Jonathan Peachey


SOLE DIRECTOR OF EVADO FILIP AS

/s/ Sten Kirkbak
Sten Kirkbak


SOLE DIRECTOR OF EVADO FILIP LIMITED

/s/ Jonathan Peachey
Jonathan Peachey


SOLE DIRECTOR OF EVADO FILIP US, LIMITED

/s/ Jonathan Peachey
Jonathan Peachey

CHAR2\1839499v4

# United States Bankruptcy Court
### District of Delaware

In re  **Filip Technologies, Inc.** | Case No.
Debtor(s) | Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adam Philips**<br>**Jaynes Court, Back Lane Bisley**<br>**Gloucestershire GL6 7BG**<br>**UNITED KINGDOM** | **Series A-2 Preferred Stock** | **2,786,291** | **Stockholder** |
| **Adam Philips**<br>**Jaynes Court, Back Lane Bisley**<br>**Gloucestershire GL6 7BG**<br>**UNITED KINGDOM** | **Common** | **211,305** | **Stockholder** |
| **Alan Morrison**<br>**c/o DMS Partners**<br>**31 Rutland Square**<br>**Edinburgh EH1 2BW**<br>**UNITED KINGDOM** | **Series A-2 Preferred Stock** | **4,179,437** | **Stockholder** |
| **Alan Morrison**<br>**c/o DMS Partners**<br>**31 Rutland Square**<br>**Edinburgh EH1 2BW**<br>**UNITED KINGDOM** | **Common** | **253,590** | **Stockholder** |
| **Allan Chasan**<br>**5 Northwood Lodge**<br>**Oak Hill Park**<br>**London NW3 7LL**<br>**UNITED KINGDOM** | **Series A-2 Preferred Stock** | **2,786,291** | **Stockholder** |
| **Allan Chasan**<br>**5 Northwood Lodge**<br>**Oak Hill Park**<br>**London NW3 7LL**<br>**UNITED KINGDOM** | **Common** | **10,565** | **Stockholder** |
| **Ashley Hayes**<br>**Flat 3, 59 Queens Gardens**<br>**London W2 3AF**<br>**UNITED KINGDOM** | **Common** | **84,530** | **Stockholder** |
| **Brian Levy**<br>**315 E68th Street**<br>**Apt 8L**<br>**New York, NY 10065** | **Common** | **88,020** | **Stockholder** |
| **Brisbane Consultants Ltd**<br>**Level 23, 127 Creek Street**<br>**Brisbane, Queensland**<br>**AUSTRALIA** | **Series A-2 Preferred Stock** | **1,811,089** | **Stockholder** |

Sheet 1 of 8 in List of Equity Security Holders

In re:  **Filip Technologies, Inc.**
_____
                              Debtor(s)

Case No. _____

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brisbane Consultants Ltd**<br>**Level 23, 127 Creek Street**<br>**Brisbane, Queensland**<br>**AUSTRALIA** | **Common** | **12,670** | **Stockholder** |
| **Caroline Atkinson**<br>**Hill Farm, Stawley, Wellington**<br>**Somerset TA21 0HN**<br>**UNITED KINGDOM** | **Common** | **16,900** | **Stockholder** |
| **David Hill**<br>**6 Clare Hill Court**<br>**2 Claremont Lane, Esher**<br>**Surrey KT10 9DW**<br>**United Kingdom** | **Series A-2**<br>**Preferred**<br>**Stock** | **2,229,033** | **Stockholder** |
| **David Hill**<br>**6 Clare Hill Court**<br>**2 Claremont Lane, Esher**<br>**Surrey KT10 9DW**<br>**United Kingdom** | **Common** | **91,725** | **Stockholder** |
| **Dionysia Kaplan**<br>**27 Oakhill Avenue**<br>**London NW3 7RD**<br>**UNITED KINGDOM** | **Common** | **169,060** | **Stockholder** |
| **EF Investigo Holding AS**<br>**Jakobslivegen 32,**<br>**7059 Jakobsli**<br>**NORWAY** | **Series A-2**<br>**Preferred**<br>**Stock** | **179,645,155** | **Stockholder** |
| **EF Investigo Holding AS**<br>**Jakobslivegen 32,**<br>**7059 Jakobsli**<br>**NORWAY** | **Common** | **11,893,805** | **Stockholder** |
| **Eugene Donnelly**<br>**60 Tuckahoe Road**<br>**Easton, CT 06612** | **Series A-2**<br>**Preferred**<br>**Stock** | **2,229,033** | **Stockholder** |
| **Eugene Donnelly**<br>**60 Tuckahoe Road**<br>**Easton, CT 06612** | **Common** | **55,610** | **Stockholder** |
| **Frank Kaplan**<br>**35 Du Cros Drive, Stanmore**<br>**Middlesex HA7 4TL**<br>**UNITED KINGDOM** | **Common** | **25,360** | **Stockholder** |

List of equity security holders consists of 8 total page(s)

In re:  **Filip Technologies, Inc.** _____    Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Freda Ziman**<br>**14 Bentinck Close, Prince Albert Road**<br>**London NW8 7RY**<br>**UNITED KINGDOM** | **Series A-2**<br>**Preferred**<br>**Stock** | **1,393,145** | **Stockholder** |
| **Freda Ziman**<br>**14 Bentinck Close, Prince Albert Road**<br>**London NW8 7RY**<br>**UNITED KINGDOM** | **Common** | **25,355** | **Stockholder** |
| **Freedom 4 CS Invest AS**<br>**Jacob Meyers vei 41**<br>**2010 Strømmen**<br>**NORWAY** | **Common** | **68,000** | **Stockholder** |
| **Gideon Israel**<br>**71 West Heath Road**<br>**London NW3 7TH**<br>**UNITED KINGDOM** | **Series A-2**<br>**Preferred**<br>**Stock** | **2,786,291** | **Stockholder** |
| **Gideon Israel**<br>**71 West Heath Road**<br>**London NW3 7TH**<br>**UNITED KINGDOM** | **Common** | **10,565** | **Stockholder** |
| **Harald Nore Johnsen Invest AS**<br>**Junkerveien 1**<br>**1367 Snarøya**<br>**NORWAY** | **Common** | **86,340** | **Stockholder** |
| **Hilton Lord**<br>**17 Ridley Rd, Warlingham**<br>**Surrey CR6 9LR**<br>**UNITED KINGDOM** | **Series A-2**<br>**Preferred**<br>**Stock** | **2,981,314** | **Stockholder** |
| **Hilton Lord**<br>**17 Ridley Rd, Warlingham**<br>**Surrey CR6 9LR**<br>**UNITED KINGDOM** | **Common** | **84,535** | **Stockholder** |
| **Huw Medcraft**<br>**7 Westfield Road, Maidenhead**<br>**Berks SL6 5AU**<br>**UNITED KINGDOM** | **Common** | **164,110** | **Stockholder** |
| **Ibsen ANS**<br>**Magnus Berrføtts veg 26**<br>**N-7046 Trondheim**<br>**NORWAY** | **Common** | **628,450** | **Stockholder** |

In re:   **Filip Technologies, Inc.** _____     Case No. _____
                                  Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeremy Davies**<br>**Rockall, Rocky Lane, Henley-on-Thames**<br>**Oxfordshire RG9 4RE**<br>**UNITED KINGDOM** | **Common** | **63,400** | **Stockholder** |
| **John Angell**<br>**5 Dukes Avenue, Chiswick**<br>**London W4 2AA**<br>**UNITED KINGDOM** | **Series A-2 Preferred Stock** | **975,202** | **Stockholder** |
| **John Angell**<br>**5 Dukes Avenue, Chiswick**<br>**London W4 2AA**<br>**UNITED KINGDOM** | **Common** | **47,205** | **Stockholder** |
| **Jonathan Peachey**<br>**120 E 23rd Street, 5th Floor**<br>**New York, NY 10010** | **Common** | **78,185** | **Stockholder** |
| **Jorgen Rodli Holding AS**<br>**KJOPMANNSGATA 50**<br>**7010 Trondheim**<br>**NORWAY** | **Common** | **628,450** | **Stockholder** |
| **Juan Reig**<br>**Flat 3, 53 Rutland Gate**<br>**London SW7 1PL**<br>**UNITED KINGDOM** | **Common** | **29,580** | **Stockholder** |
| **KEC Ventures I L.P.**<br>**27 West 24th Street #406**<br>**New York, NY 10010** | **Series A-2 Preferred Stock** | **55,725,828** | **Stockholder** |
| **KEC Ventures I L.P.**<br>**27 West 24th Street #406**<br>**New York, NY 10010** | **Common** | **1,538,962** | **Stockholder** |
| **Kefu Holding AS**<br>**Flatåstoppen 35**<br>**7079 Flatåsen**<br>**NORWAY** | **Common** | **28,750** | **Stockholder** |
| **Lakestar I LP**<br>**20 Hanover Square**<br>**London W1S 1JY**<br>**UNITED KINGDOM** | **Series A-2 Preferred Stock** | **111,451,657** | **Stockholder** |

List of equity security holders consists of 8 total page(s)

In re:  **Filip Technologies, Inc.**                                    Case No. _____
_____
                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lakestar I LP**<br>**20 Hanover Square**<br>**London W1S 1JY**<br>**UNITED KINGDOM** | **Common** | **1,539,962** | **Stockholder** |
| **Louis Prades**<br>**4 Myburgh Drive**<br>**Ruyteplaats Estate, Hout Bay**<br>**Cape Province, 7806**<br>**SOUTH AFRICA** | **Common** | **25,360** | **Stockholder** |
| **Malmo Investments Ltd NUF**<br>**Smorsoppveien 10**<br>**1460, Rasta**<br>**NORWAY** | **Common** | **52,300** | **Stockholder** |
| **Margaret Brennan**<br>**3 Abbeyfield Lawns**<br>**Killester**<br>**Dublin 5**<br>**IRELAND** | **Common** | **83,480** | **Stockholder** |
| **Margaret Lipworth**<br>**2 Wychcombe Studios, Englands Lane**<br>**London NW3 4XY**<br>**UNITED KINGDOM** | **Series A-2**<br>**Preferred**<br>**Stock** | **835,887** | **Stockholder** |
| **Margaret Lipworth**<br>**2 Wychcombe Studios, Englands Lane**<br>**London NW3 4XY**<br>**UNITED KINGDOM** | **Common** | **25,355** | **Stockholder** |
| **Mark Farrer-Brown**<br>**Flat 15, 22 Brook Mews North**<br>**London W2 3BW**<br>**UNITED KINGDOM** | **Series A-2**<br>**Preferred**<br>**Stock** | **2,786,291** | **Stockholder** |
| **Mark Farrer-Brown**<br>**Flat 15, 22 Brook Mews North**<br>**London W2 3BW**<br>**UNITED KINGDOM** | **Common** | **74,825** | **Stockholder** |
| **Mark Kaplan**<br>**27 Oakhill Avenue**<br>**London NW3 7RD**<br>**UNITED KINGDOM** | **Common** | **169,060** | **Stockholder** |

List of equity security holders consists of 8 total page(s)

In re: **Filip Technologies, Inc.** _____     Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Merrill Lynch, Pierce, Fenner & Smith as Custodians for Brian Levy Flat C, 19/F 31 Robinson Road, Mid Levels HONG KONG** | **Common** | **21,670** | **Stockholder** |
| **Nick Southgate North End House, The Green Rottingdean East Sussex BN2 7HA UNITED KINGDOM** | **Series A-2 Preferred Stock** | **2,786,291** | **Stockholder** |
| **Nick Southgate North End House, The Green Rottingdean East Sussex BN2 7HA UNITED KINGDOM** | **Common** | **63,395** | **Stockholder** |
| **Nicolas Vilar 12 Magnolia Lodge, St Mary's Gate London W8 5UT UNITED KINGDOM** | **Common** | **16,900** | **Stockholder** |
| **NLP Leadership Holding AS Tjuvholmen Alle 3 0252, Oslo NORWAY** | **Common** | **20,900** | **Stockholder** |
| **Ove Vik Invest AS Torvveien 4 A, 1482 Nittedal NORWAY** | **Common** | **926,500** | **Stockholder** |
| **Paul Glasgow A21 Herbal Hill gardens, 9 Herbal Hill London EC1R 5XB UNITED KINGDOM** | **Common** | **25,355** | **Stockholder** |
| **Poff Eiendorm AS c/o Ola Stenseth Johnny Peviks veg 10 7022 Trondheim NORWAY** | **Common** | **52,300** | **Stockholder** |
| **Remedou Limited c/o 7th Floor, Cheung Kong Center, No. 2 Queen's Road Central HONG KONG** | **Common** | **1,847,955** | **Stockholder** |

List of equity security holders consists of 8 total page(s)

In re:  **Filip Technologies, Inc.** _____     Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert Farrer-Brown**<br>**16 Brooksby Street**<br>**London N1 1HA**<br>**UNITED KINGDOM** | **Series A-2 Preferred Stock** | **1,671,774** | **Stockholder** |
| **Robert Farrer-Brown**<br>**16 Brooksby Street**<br>**London N1 1HA**<br>**UNITED KINGDOM** | **Common** | **54,945** | **Stockholder** |
| **Roberta Gainsboro**<br>**20 Hale Drive**<br>**Dedham, MA 02026** | **Series A-2 Preferred Stock** | **8,637,503** | **Stockholder** |
| **Roberta Gainsboro**<br>**20 Hale Drive**<br>**Dedham, MA 02026** | **Common** | **83,420** | **Stockholder** |
| **Saul Doctor**<br>**33 Howitt Road**<br>**London NW3 4LU**<br>**UNITED KINGDOM** | **Common** | **33,805** | **Stockholder** |
| **Sibelius International Limited**<br>**c/o 29th Floor, Harbour Centre**<br>**25 Harbour Road, Wanchai**<br>**HONG KONG** | **Series A-2 Preferred Stock** | **167,177,486** | **Stockholder** |
| **Sibelius International Limited**<br>**c/o 29th Floor, Harbour Centre**<br>**25 Harbour Road, Wanchai**<br>**HONG KONG** | **Common** | **1,231,970** | **Stockholder** |
| **Stuart Wain**<br>**23 Littleworth Road, Esher**<br>**Surrey KT10 9PD**<br>**UNITED KINGDOM** | **Common** | **114,115** | **Stockholder** |
| **T.Ruud Invest AS**<br>**Nr 1105 Sørengkaia 49**<br>**NO-0194 Oslo**<br>**NORWAY** | **Common** | **60,000** | **Stockholder** |
| **The Social+Capital Partnership II L.P.**<br>**120 Hawthorne Avenue**<br>**Palo Alto, CA 94301** | **Common** | **769,231** | **Stockholder** |

List of equity security holders consists of 8 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

In re:  **Filip Technologies, Inc.** _____     Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Thrane-Steen Medhus AS**<br>**Grevegården 24**<br>**Stabekk Bærum,  1369**<br>**NORWAY** | **Common** | **128,570** | **Stockholder** |
| **Torben Cattley**<br>**50 The Avenue, Muswell Hill**<br>**London N10 2QL**<br>**UNITED KINGDOM** | **Series A-2**<br>**Preferred**<br>**Stock** | **2,786,291** | **Stockholder** |
| **Torben Cattley**<br>**50 The Avenue, Muswell Hill**<br>**London N10 2QL**<br>**UNITED KINGDOM** | **Common** | **33,805** | **Stockholder** |
| **Virginia Donnelly**<br>**60 Tuckahoe Road**<br>**Easton, CT 06612** | **Common** | **52,155** | **Stockholder** |
| **White Orchid Capital Ltd**<br>**La Corvee House**<br>**La Corvee, Alderney**<br>**Channel Islands GY9 3TQ** | **Common** | **71,855** | **Stockholder** |
| **Whiterose Holdings Ltd**<br>**2-4 Orgreave Place**<br>**Sheffield,  S13 9-lu**<br>**UNITED KINGDOM** | **Series A-2**<br>**Preferred**<br>**Stock** | **6,965,728** | **Stockholder** |
| **Whiterose Holdings Ltd**<br>**2-4 Orgreave Place**<br>**Sheffield,  S13 9-lu**<br>**UNITED KINGDOM** | **Common** | **139,450** | **Sockholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October  5, 2016** _____     Signature  **/s/ Roy Messing**
                                                                    **Roy Messing**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re    **Filip Technologies, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Filip Technologies, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**EF Investigo Holding AS**
**Jakobslivegen 32,**
**7059 Jakobsli**
**NORWAY**

**Lakestar I LP**
**20 Hanover Square**
**London W1S 1JY**
**UNITED KINGDOM**

**Sibelius International Limited**
**c/o 29th Floor, Harbour Centre**
**25 Harbour Road, Wanchai**
**HONG KONG**

☐ None [*Check if applicable*]

**October  5, 2016**

Date

/s/ David M. Klauder

**David M. Klauder 5769**

Signature of Attorney or Litigant
Counsel for    **Filip Technologies, Inc.**

**Bielli & Klauder, LLC**
**1204 N. King Street**
**Wilmington, DE 19801**
**302-803-4600 Fax:302-803-4600**
**dklauder@bk-legal.com**

**Fill in this information to identify the case:**

Debtor name    **Filip Technologies, Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF DELAWARE**

Case number (if known):    _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AT&T Mobility 1025 Lenox Park Boulevard NE Atlanta, GA 30319** | **Christopher A. McConnell**<br><br>**cm6647@att.com 530-546-4235** | **Contract party** | **Disputed** | | | $849,192.76 |
| **Advanced Manufacturing Technology, Inc. 28 Millrace Drive Lynchburg, VA 24502** | **Larry Hatch**<br><br>**larry.hatch@amticorp.com 434-329-3600** | **Contract manufacturer** | **Disputed** | | | $436,822.90 |
| **Disney 611 No. Brand Boulevard, 7th Floor MC: 9750 Glendale, CA 91203** | **Rodney Taylor**<br><br>**rodney.taylor@disney.com 818-553-7834** | **Trade** | | | | $200,000.00 |
| **Connected Development 5020 Weston Parkway, Suite 215 Cary, NC 27513** | **Scott Fowler**<br><br>**scott.fowler@connecteddev.com 919-234-6525** | **Trade** | | | | $143,294.00 |
| **Dentons US LLP 1221 Avenue of the Americas New York, NY 10020-1089** | **Victor H. Boyajian**<br><br>**victor.boyajian@dentons.com 212-768-5349** | **Professional service** | | | | $119,548.80 |
| **Hilary Tuohy 8 Sunset Lane Harrison, NY 10528** | **Hilary Tuohy**<br><br>**hilary2e@gmail.com 203-912-2742** | **Noteholder and former employee** | | | | $75,476.09 |
| **Amazon Web Services, Inc. 410 Terry Avenue North Seattle, WA 98109-5210** | **Joel Prashanth**<br><br>**dpprasha@amazon.com 877-252-0770** | **Trade** | | | | $74,123.51 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Filip Technologies, Inc.**                                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NexxLinx, Inc.**<br>**3 Godfrey Drive**<br>**Orono, ME 04473** | **Adam Sisco**<br><br>asisco@nexxlinx.com<br>207-270-3694 | **Trade** | | | | $73,638.69 |
| **Ballard Spahr, LLP**<br>**999 Peachtree Street NE**<br>**Atlanta, GA 30309** | **Richard Miller**<br><br>millerrw@ballardspahr.com<br>678-420-9340 | **Professional service** | | | | $73,173.18 |
| **JohnsByrne**<br>**6701 W. Oakton Street**<br>**Niles, IL 60714-3932** | **Glenn Doeing**<br><br>glenn.doeing@johnsbyrne.com<br>847-583-3100 | **Trade** | | | | $62,479.00 |
| **DevLogic**<br>**Symphony d.o.o**<br>**Sarajevo**<br>**Kolodvorska 11a**<br>**71000 Sarajevo,**<br>**Bosna I**<br>**Hercegovina** | **Nedzad Suljovic**<br><br>nedzad.suljovic@symphony.is<br>+38-76-157-1374 | **Trade** | | | | $61,654.75 |
| **Netsuite**<br>**2955 Campus Drive Suite 100**<br>**San Mateo, CA 94403-2511** | **Chester Martin Enriquez**<br><br>cmenriquez@netsuite.com<br>800-762-5524 | **Trade** | | | | $61,128.19 |
| **Telit Wireless Solutions**<br>**3131 RDU Center Drive, Suite 135**<br>**Morrisville, NC 27560** | **Dennis Kelly**<br><br>dennis.kelly@telit.com<br>610-547-5305 | **Trade** | | | | $47,520.00 |
| **Google Inc.**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043-1351** | **Aleksandra Wur**<br><br>awur@google.com<br>650-253-0000 | **Trade** | | | | $44,000.00 |
| **IDEO LP**<br>**408 Broadway, 5th Floor**<br>**New York, NY 10013** | **Heather Boesch**<br><br>hboesch@ideo.com<br>617-844-2433 | **Trade** | | | | $42,493.90 |
| **Erate AS**<br>**Postbols 6198 Etterstad**<br>**0602 Oslo, Insputen 15**<br>**0663 Oslo Norway** | **Knut-Ove Jessen**<br><br>knut-ove@erate.no<br>+47-99-75-5550 | **Noteholder** | | | | $36,727.89 |

Official form 204                     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                     page 2

Debtor    **Filip Technologies, Inc.**
_____    Case number *(if known)*    _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Schwartz MSL MSL Boston 300 Fifth Avenue Waltham, MA 02451** | **Mark McLennan**  **mark.mcclennan@ mslgroup.com 718-684-6552** | **Trade** | | | | **$35,000.00** |
| **Altastream Consulting 27-2489485 Portsmouth, NH 03801** | **Martin Hanssmann**  **mhanssmann@alta streamconsulting.c om 978-902-7150** | **Noteholder** | | | | **$31,345.74** |
| **Anderssen & Voll AS Nordegate 2 0551 Oslo Norway** | **Torbjorn Anderssen**  **anderssen@anders sen-voll.com +47-45-24-2365** | **Noteholder** | | | | **$28,821.08** |
| **Kvitebjorn Designbyra AS Dyre Halses Gate 5 7042 Trondheim** | **Audun Storen**  **audun@kvitebjorn. com +47-959-38-557** | **Trade** | | | | **$27,461.00** |
| **Fuoco Group LLP 200 Parkway Drive South, Suite 302 Hauppauge, NY 11788** | **David Ho**  **dho@fuoco.com 631-360-1700** | **Trade** | | | | **$19,252.25** |
| **Silicon Valley Bank 3003 Tasman Drive Santa Clara, CA 95054** | **Jon FitzGerald**  **jfitzgerald@svb.co m 408-654-7400** | **Trade** | | | | **$15,903.21** |
| **Advokatfirmaet Thommessen AS Haakon VIIs gate 10 PO Box 1484 Vika NO-0116 Oslo Norway** | **Stale R. Kristiansen**  **invoicing@thomme ssen.no +47-23-11-1111** | **Professional service** | **Disputed** | | | **$13,737.00** |
| **Joshi Worldwide IP Citypoint 1 Ropemaker St. London, UK EC2Y 9HT** | **Manish Joshi**  **office@joshiwwip.c om +44-0-20-3538-0255** | **Professional service** | | | | **$12,982.81** |
| **Ipsos MORI UK Ltd 3 Thomas More Square London E1W 1YW** | **Katie Murray**  **katie.murray@ipso s.com +44-20-30-59-5074** | **Trade** | | | | **$12,500.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Filip Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Child's Play Communications 12 W 31st Street, 6th Floor New York, NY 10001** | **Stephanie Azzarone** **SA@childsplaypr.com 212-488-2060** | **Trade** | | | | $10,952.26 |
| **Skyhook Wireless 41 Farnsworth Street, 3rd Floor Boston, MA 02210** | **Steve Solari** **ssolari@skyhookwireless.com 508-415-2741** | **Trade** | | | | $9,145.51 |
| **BBB International, LLC 1100 Towbin Ave., Suite B Lakewood, NJ 08701** | **Dave Benoit** **dbenoit@bbbinternational.com 732-244-1662** | **Trade** | | | | $8,381.66 |
| **BDO 1100 Peachtree Street NE, Suite 700 Atlanta, GA 30309-4516** | **Martha Kairuz** **mkairuz@bdo.com 404-979-7113** | **Professional Service** | | | | $7,489.38 |
| **Davis & Gilbert LLP 1740 Broadway New York, NY 10019** | **Gary Kibel** **gkibel@dglaw.com 212-468-4918** | **Professional Service** | | | | $6,274.50 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Filip Technologies, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/5/2016          X  /s/ Roy Messing
                                    Signature of individual signing on behalf of debtor

                                    **Roy Messing**
                                    Printed name

                                    **Chief Restructuring Officer**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy