# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FILIP TECHNOLOGIES, INC., *et al.*,[1] | Case No. 16-12192 (KG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 24, 2016, AT 10:00 A.M. (ET)[3]

**I.     MATTER GOING FORWARD**

1. Debtors' Motion for Orders (I)(A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (Filed 10/5/2016; D.I. 11)

    Objection/Response Deadline:  October 20, 2016, at 4:00 p.m.

    Objections/Responses Received:

    A.     Informal comments from the United States Trustee

    E.     **United States Trustee's Objection to Debtors' Motion for Orders (I)(A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (Filed 10/21/2016; D.I. 62)**

---

[1] The Debtors in these jointly administered cases are Filip Technologies, Inc. (Tax ID: 0660); Filip Technologies UK Ltd. (ID: 8339); Evado Filip AS (ID: 6131); Evado Filip Limited (ID: 7233); and Evado Filip US Ltd. (Tax Id: 3412).

[2] Amended items are indicated in bold.

[3] All parties wishing to participate in the hearing telephonically must make arrangements with CourtCall by telephone at (888) 882-6878 or online at www.courtcall.com

Related Documents:

B.  Order Approving Motion to Shorten Notice with Respect to Debtors' Motion for Orders (I)(A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the Sale of Substantially all of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (Filed 10/6/2016; D.I. 27)

C.  Notice of Filing (I) Stalking Horse Agreement; (II) Revised Bidding Procedures; (III) Revised Bidding Procedures; and (IV) Proposed Sale Order (Filed 10/18/2016; D.I. 57)

D.  Revised [Proposed] (I) Approving Bidding Procedures in Connection with the Sale of Substantially All Assets of the Debtor; (II) Scheduling an Auction and Hearing to Consider the Sale of Assets; and (III) Approving the Form and Manner of Notice Thereof (Filed 10/18/2016; D.I. 57-3)

Status: This matter is going forward.

**BIELLI & KLAUDER, LLC**

Dated: October 21, 2016
Wilmington, Delaware

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
Nella M. Bloom (No. 5430)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com
Email: nbloom@bk-legal.com

and

**MOORE & VAN ALLEN PLLC**

Zachary H. Smith (pro hac vice filed)
Hillary B. Crabtree (pro hac vice filed)
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 378-1909
Email: zacharysmith@mvalaw.com
Email: hillarycrabtree@mvalaw.com

*Proposed Counsel to the Debtors and Debtors-In-Possession*