# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | FILIP TECHNOLOGIES, INC. | | |
| **Case Number:** | 16-12192-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, OCTOBER 24, 2016 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | AL LUGANO | | |

## *Matter:*

BID PROCEDURES

**R / M #:**   63 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Motion Granted - Revised Order to be submitted to chambers later today.