**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FILIP TECHNOLOGIES, INC., *et al.*,[1] | Case No. 16-12192 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 27, 2016, AT 2:00 P.M. (ET)[3]**

**I.    MATTERS WITH CERTIFICATION OF COUNSEL**

1. Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Existing Cash Management System, and (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) (Filed 10/5/2016; D.I. 4)

    Objection/Response Deadline:    October 24, 2016, at 12:00 p.m. (extended to October 24, 2016 at 4:00 p.m. for the United States Trustee)

    Objections/Responses Received: None

    Related Documents:

    A.    Declaration of Roy Messing in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief (Filed 10/5/2016; D.I. 10)

    B.    Interim Order (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Existing Cash Management System, and (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) (Filed 10/6/2016; D.I. 26)

---

[1] The Debtors in these jointly administered cases are Filip Technologies, Inc. (Tax ID: 0660); Filip Technologies UK Ltd. (ID: 8339); Evado Filip AS (ID: 6131); Evado Filip Limited (ID: 7233); and Evado Filip US Ltd. (Tax Id: 3412).
[2] Amended items are indicated in bold.
[3] All parties wishing to participate in the hearing telephonically must make arrangements with CourtCall by telephone at (888) 882-6878 or online at www.courtcall.com

    C.    Notice of (I) Entry of Interim Order (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Existing Cash Management System, and (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) and (II) Final Hearing Thereon (Filed 10/7/2016; D.I. 34)

    **D.**    **Certification of Counsel for the Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Existing Cash Management System, and (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) (Filed 10/26/2016; D.I. 79)**

    **E.**    **Revised [Proposed] Final Order Granting the Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Existing Cash Management System, and (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) (Filed 10/26/2016; D.I. 79-1)**

    <u>Status</u>: **A Certification of Counsel (D.I. 79) has been filed. The Court may enter the Proposed Order at its earliest convenience.**

2. Motion of Debtors for Entry of Interim Order and Final Order Authorizing the Debtors to Maintain Existing Insurance Policies, Pay All Policy Premiums Arising Thereunder, and Renew or Enter into New Policies (Filed 10/5/2016; D.I. 7)

    <u>Objection/Response Deadline</u>:    October 24, 2016, at 12:00 p.m. (extended to October 24, 2016 at 4:00 p.m. for the United States Trustee)

    <u>Objections/Responses Received</u>: None

    <u>Related Documents</u>:

    A.    Declaration of Roy Messing in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief (Filed 10/5/2016; D.I. 10)

    B.    Interim Order Granting Motion of Debtors for Entry of Interim Order and Final Order Authorizing the Debtors to Maintain Existing Insurance Policies, Pay All Policy Premiums Arising Thereunder, and Renew or Enter into New Policies (Filed 10/6/2016; D.I. 28)

    C.    Notice of (I) Entry of Interim Order Authorizing the Debtors to Maintain Existing Insurance Policies, Pay All Policy Premiums Arising Thereunder, and Renew or Enter into New Policies and (II) Final Hearing Thereon (Filed 10/7/2016; D.I. 37)

    **D.**    **Certification of Counsel for the Motion of Debtors for Entry of Interim Order and Final Order Authorizing the Debtors to Maintain Existing Insurance Policies, Pay All Policy Premiums Arising Thereunder, and Renew or Enter into New Policies (Filed 10/26/2016; D.I. 81)**

    **E.**    **Revised [Proposed] Final Order Granting the Motion of Debtors for Entry of Interim Order and Final Order Authorizing the Debtors to Maintain Existing Insurance Policies, Pay All Policy Premiums Arising Thereunder, and Renew or Enter into New Policies (Filed 10/26/2016; D.I. 81-1)**

    <u>Status</u>: **A Certification of Counsel (D.I. 81) has been filed. The Court may enter the Proposed Order at its earliest convenience.**

3. Debtors' Motion for an Interim and Final Order Authorizing Debtors to Honor and Continue Certain Customer Programs in the Ordinary Course of Business (Filed 10/5/2016; D.I. 8)

    <u>Objection/Response Deadline</u>:    October 24, 2016, at 12:00 p.m. (extended to October 24, 2016 at 4:00 p.m. for the United States Trustee)

    <u>Objections/Responses Received</u>: None

    <u>Related Documents</u>:

    A.    Declaration of Roy Messing in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief (Filed 10/5/2016; D.I. 10)

    B.    Interim Order Authorizing Debtors to Honor and Continue Certain Customer Programs in the Ordinary Course of Business (Filed 10/6/2016; D.I. 29)

    C.    Notice of (I) Entry of Interim Order Authorizing Debtors to Honor and Continue Certain Customer Programs in the Ordinary Course of Business and (II) Final Hearing Thereon (Filed 10/7/2016; D.I. 35)

    **D.**    **Certification of Counsel for the Debtors' Motion for an Interim and Final Order Authorizing Debtors to Honor and Continue Certain**

        **Customer Programs in the Ordinary Course of Business (Filed 10/26/2016; D.I. 80)**

    E.    **Revised [Proposed] Final Order Granting the Debtors' Motion for an Interim and Final Order Authorizing Debtors to Honor and Continue Certain Customer Programs in the Ordinary Course of Business (Filed 10/26/2016; D.I. 80-1)**

    Status: **A Certification of Counsel (D.I. 80) has been filed. The Court may enter the Proposed Order at its earliest convenience.**

4. Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor to Pay Prepetition Wages, Compensation, Employee Benefits and Other Associated Obligations (Filed 10/5/2016; D.I. 9)

    Objection/Response Deadline:    October 24, 2016, at 12:00 p.m. (extended to October 24, 2016 at 4:00 p.m. for the United States Trustee)

    Objections/Responses Received: None

    Related Documents:

    A.    Declaration of Roy Messing in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief (Filed 10/5/2016; D.I. 10)

    B.    Interim Order Granting Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor to Pay Prepetition Wages, Compensation, Employee Benefits and Other Associated Obligations (Filed 10/6/2016; D.I. 25)

    C.    Notice of (I) Entry of Interim Order Granting Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor to Pay Prepetition Wages, Compensation, Employee Benefits and Other Associated Obligations and (II) Final Hearing Thereon (Filed 10/7/2016; D.I. 38)

    D.    **Certification of Counsel for the Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor to Pay Prepetition Wages, Compensation, Employee Benefits and Other Associated Obligations (Filed 10/26/2016; D.I. 82)**

    E.    **Revised [Proposed] Final Order Granting the Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor to Pay Prepetition Wages, Compensation, Employee Benefits and Other Associated Obligations (Filed 10/26/2016; D.I. 82-1)**

Status: **A Certification of Counsel (D.I. 82) has been filed. The Court may enter the Proposed Order at its earliest convenience.**

## II. MATTER GOING FORWARD

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Filed 10/5/2016; D.I. 5)

   Objection/Response Deadline: October 24, 2016, at 12:00 p.m. (extended to October 24, 2016 at 4:00 p.m. for the United States Trustee)

   Objections/Responses Received:

   A. Informal comments from the United States Trustee

   Related Documents:

   B. Declaration of Roy Messing in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief (Filed 10/5/2016; D.I. 10)

   C. Interim Order (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Filed 10/6/2016; D.I. 30)

   D. Notice of (A) Entry of Interim Order (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief and (B) Final Hearing Thereon (Filed 10/7/2016; D.I. 36)

   Status: This matter is going forward.

*[Remainder of page intentionally left blank.]*

| | |
|---|---|
| | **BIELLI & KLAUDER, LLC** |
| Dated: October 27, 2016<br>Wilmington, Delaware | */s/ David M. Klauder*<br>David M. Klauder (No. 5769)<br>Nella M. Bloom (No. 5430)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Fax: (302) 397-2557<br>Email: dklauder@bk-legal.com<br>Email: nbloom@bk-legal.com |

and

**MOORE & VAN ALLEN PLLC**

Zachary H. Smith (pro hac vice filed)
Hillary B. Crabtree (pro hac vice filed)
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 378-1909
Email: zacharysmith@mvalaw.com
Email: hillarycrabtree@mvalaw.com

*Proposed Counsel to the Debtors and Debtors-In-Possession*

Case 16-12192-KG    Doc 84    Filed 10/27/16    Page 6 of 6

6